John J. Mortimer, Corporation Counsel, for appellant; L. Louis Karton, Head of Appeal and Review Division, and John L. Steffens, Assistant Corporation Counsel, of counsel; Lyle, Havey and Gager, John H. Lyle, Edward T. Havey, and Ernest H. Gager, for appellees. Marshall E. Neuberg, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed March 24, 1952; released for publication April 9, 1952.

People of State of Illinois ex rel. Thomas H. Papworth, Appellee, v. Roy E. Yung, Director of Department of Agriculture of State of Illinois et al.; Charles Maiwurm, Appellants.

Gen. No. 45,624.

Ivan A. Elliott, Attorney General, of State of Illinois, for appellants; William C. Wines, Raymond S. Sarnow, James C. Murray, and A. Zola Groves, Assistant Attorneys General, of counsel; Michael F. Ryan, for appellee;

Richard F. McPartlin, Jr., of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed March 24, 1952; released for publication April 9, 1952.

**Samuel M. Radzyner, Trading as Prevue Radsell Company, Plaintiff-Appellee, v. George R. Koesling, Trading as Columbia Industries, Defendant-Appellant.**

Gen. No. 10,569.

J. E. Bairstow for appellant; Robert M. Yaffe, of counsel; Hall, Meyer & Van Deusen, for appellee; Albert L. Hall, of counsel. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full. Opinion filed April 1, 1952; released for publication April 18, 1952.

**Frank Tocco, Plaintiff-Appellant, v. Vince Yates, Defendant-Appellee.**

Gen. No. 10,581.